No. 8947. THE STATE OF MONTANA on the Relation
of ARNOLD H. OLSEN, Attorney General of the State of
Montana, RELATOR, v. THE DISTRICT COURT OF THE
SECOND JUDICIAL DISTRICT OF THE STATE OF MON-
TANA, In and For the COUNTY OF SILVER BOW and the
HONORABLE JOHN B. McCLERNAN, Judge Thereof, RE-
SPONDENTS.

Decided Dec. 14, 1949.

Mr. Arnold H. Olsen, Atty. Gen., Helena, Mr. Philip O'Don-
nell, Asst. Atty. Gen., Helena, Mr. Willis B. Jones, Asst. Atty.
Gen., Helena, for Relator.

It is ordered that the writ be denied and the proceedings
dismissed.

Mr. Justices ANGSTMAN and BOTTOMLEY:

We think the alternative writ should issue.